IN THE MATTER OF THE PROPOSED AMENDMENT OF GCR 1963, 910. On order of the Court, notice is hereby given pursuant to GCR 1963, 933, that the Supreme Court proposes an amendment to GCR 1963, 910 to read as follows (new matter in italics):

RULE 910. STATEMENT BY ~~TRIAL~~ JUDGE AS TO MATTERS UNDECIDED.

Each circuit judge, ~~and~~ each judge of the Recorder's Court of the city of Detroit, ~~and the judge of the Superior Court of the city of Grand Rapids~~ *each district judge and each judge of the Common Pleas Court of the city of Detroit* shall, on the first day of January, ~~the first day of May and the first day of September in each year hereafter, present~~ *April, July, and October of each year submit* to the court administrator a certified statement on the form herein prescribed, containing full information as to ~~any matter which was~~ *all*

*matters* submitted to ~~him~~ *the judge* ~~for decision more than four months prior thereto, which remains undecided.~~ *upon which the decision has been withheld in excess of two months.*

*If no such matters are pending, the report will be submitted quarterly as required above, but will indicate "None".*

*"Decision" as referred to in this rule shall be construed to include disposition of motions or interlocutory matters as well as final dispositions but is not intended to include criminal cases in which delayed sentences are involved incident to probationary conditions or other rehabilitative processes ordered by the court or deferred final dispositions authorized by statute.* ~~Such judge shall also set forth in such statement his reasons for his omission to make his decision.~~

For the purpose of this rule, the *period of* time ~~of submission~~ *required for a matter to be included in this report* shall be ~~deemed to be~~ *computed from* the time ~~at which~~ the last argument or presentment ~~in the matter was~~ *is* made *in the matter* or the expiration of the time allowed for filing the last brief, as the case may be. *For those matters included in such a report, the following information will be included for each case reported:*

*(a) Case or file number;*

*(b) Title of cause;*

*(c) Stage of proceedings at which action is pending; i.e., motion, verdict, decision, etc.;*

*(d) Reason for withholding decision;*

*(e) Anticipated date when decision will be rendered;*

*Administrative procedures should be established within each court to automatically bring the need for this recurring report to the attention of the judge.*

## STATEMENT OF JUDGE

To the Court Administrator:

In accordance with the provisions of Rule 910, I hereby certify that the following is a statement ~~containing full information as to such~~

matters as *enumerating all matters which* were submitted to me for decision more than 4 *two* months prior to the *first* day of _____, 19__, and why I have omitted to make decision thereon: *which listing contains full information as to the matters remaining undecided, the reasons therefor, and the anticipated date(s) of completion:*

*(If no such items are on hand, indicate "None".)*

Dated this _____ day of _____, 19__.

_____          _____
*(Court)*                                         *(Judge)*

A copy of this order shall be given to the Secretary of the State Bar of Michigan and to the Court Administrator, pursuant to GCR 1963, 933, and any comments with reference to the adoption of the proposed amended Rule 910 may be forwarded to the Chief Justice or Michigan Supreme Court Director of Legal Services within 60 days from the publication of this rule.